Joshua B. Swigart, Esq. (CA SBN: 225557)
Veronica McKnight, Esq. (CA SBN: 306562)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

[Additional Attorneys for Plaintiff on Signature Page]

Attorneys for Plaintiff, Doreen Byndloss-Collins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN BYNDLOSS-COLLINS, | Case No. 2:17-cv-00972-DAD-EPG |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

**TO THE COURT:**

In accordance with Local Rule 160, Plaintiff hereby submits this Notice of Settlement to notify the Court that the above-captioned lawsuit has been settled, and to request 30 days in which to file the dismissal.

\\
\\
\\
\\
\\
\\
\\

| | |
|---|---|
| Date: November 3, 2017 | Respectfully submitted, |
| | <u>*/s/Veronica McKnight*</u><br>Veronica McKnight, Esq.<br>bonnie@westcoastlitigation.com<br>*Attorneys for Plaintiff* |

Abbas Kazerounian, Esq.
California Bar No.: 249203
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: (800) 400-6808
FAX:   (800) 520-5523
ak@kazlg.com