# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doreen Byndloss - Collins<br><br>Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>Defendant. | Case No. **2:17-cv-00972-DAD-EPG**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DISMISSAL DEADLINE** |

Based on the Joint Stipulation of the Parties to continue the deadline for dismissal currently scheduled for, December 8, 2017 in the above-entitled action, and for good cause showing:

IT IS HEREBY ORDERED that deadline to file dismissal documents shall be extended thirty days to January 8, 2018.

IT IS SO ORDERED.

Dated: __**December 8, 2017**__            /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE