UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN BYNDLOSS-COLLINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-00972-DAD-EPG<br><br>ORDER DIRECTING CLERK TO CLOSE CASE<br><br>(ECF No. 44) |

　　　On January 9, 2018, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 44.) All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and the terms of the parties' private agreement. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　Dated: **January 16, 2018**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1